389 A.2d 181

Commonwealth v. Thomas, Appellant.

Submitted September 12, 1977. G. Fred DiBona, Jr., and Presenza & DiBona, for appellant; Jane Cutler Greenspan, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.

389 A.2d 181

Commonwealth v. Thompson, Appellant.

Argued December 15, 1975. Ronald Ervais, with him Becker, Fryman & Ervais, for appellant; Mark Zecca and Mark Sendrow, Assistant District Attorneys, and F. Emmett Fitzpatrick, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.